■
SARGENT BARGE LINE, Inc., Owner of THE Boat ELSIE, Libelant-Appellant, v. NEW YORK SILK DYEING COMPANY, Inc., Respondent-Appellee, and Ike Isaacs and George Jeuck, Respondents.

No. 130.

Circuit Court of Appeals, Second Circuit.
Jan. 8, 1934.

Purdy & Purdy, of New York City (Edmund F. Lamb and Frank C. Mason, both of New York City, of counsel), for appellant.

Alexander, Ash & Jones, of New York City (Edward Ash, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (3 F. Supp. 566) affirmed.

■
Morris SCHAPIRO, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 3493.

Circuit Court of Appeals, Fourth Circuit.
Oct. 3, 1933.

Wilton H. Wallace and Joseph C. McGarraghy, both of Washington, D. C., for petitioner.

Sewall Key, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Judgment affirming decision of Board of Tax Appeals filed.

■
SIOUX FALLS BROADCAST ASSOCIATION, Appellant, v. ASSOCIATED PRESS.

No. 9904.

Circuit Court of Appeals, Eighth Circuit.
Dec. 12, 1933.

Teigen & Davis, of Sioux Falls, S. D., for appellant.

George J. Danforth and Holton Davenport, both of Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal docketed and dismissed pursuant to stipulation of parties.

■
In the Matter of SOL GOODMAN, Inc., Bankrupt. Abraham Goldberg, Creditor.

No. 261.

Circuit Court of Appeals, Second Circuit.
Dec. 18, 1933.

Abraham Goldberg, of New York City, in pro. per.

Hartman, Sheridan, Tekulsky & Pecora, of New York City (Julius Silver, of New York City, of counsel), for appellee Irving Trust Co. as trustee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision (5 F. Supp. 517) affirmed.